## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIBRALTAR PERIMETER SECURITY, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1121-MN |
| ) | |
| RSA PROTECTIVE TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF GIBRALTAR PERIMETER SECURITY, LP AND
DEFENDANT RSA PROTECTIVE TECHNOLOGIES, LLC'S
JOINT STATUS REPORT AND REQUEST TO STAY**

Plaintiff Gibraltar Perimeter Security, LP ("Plaintiff" or "GPS") filed a declaratory judgment action against patent owner and Defendant RSA Protective Technologies, LLC ("Defendant" or "RSA"). Pursuant to the Court's February 8, 2021 Oral Order (D.I. 14), GPS and RSA hereby submit this Joint Status Report and Request to Stay, and show the Court as follows:

1. Since 2018, Defendant RSA has filed six lawsuits alleging infringement of U.S. Patent No. 8,215,865 (the "865 Patent").

2. One such matter involving the '865 Patent involves Defendant RSA's lawsuit against Clark County, Nevada, in the United States District Court for the District of Nevada (*RSA Protective Technologies, LLC v. Clark County*, No. 2:20-cv-001430RFB-EJY). Filed on January 21, 2020, the Nevada Complaint alleges that Clark County's use of certain shallow mount security bollards, some of which are designed and/or manufactured by Plaintiff, infringes the '865 Patent.

3. Another matter involving the '865 Patent includes declaratory judgment plaintiffs Ameristar Perimeter Security USA, Inc. ("Ameristar"), and Barrier 1 Systems, Inc. ("Barrier 1"), both of which filed actions against Defendant RSA in this district on March 6, 2020 (Case Nos. 20-340-MN and 20-341-MN).

4. In response to the Nevada lawsuit, Plaintiff filed this declaratory action against Defendant RSA on August 26, 2020 (D.I. 1). Defendant filed its Answer and Counterclaim for infringement against Plaintiff on September 14, 2020 (D.I. 6).

5. Plaintiff's Motion to Dismiss Defendant's Counterclaim, filed pursuant to Federal Rule of Civil Procedure 12(b), on October 5, 2020, is pending before this Court.

6. Prior to Plaintiff filing this action, third-parties filed two petitions for *inter partes* review ("IPR") with the Patent Trial and Appeals Board ("PTAB") against the '865 patent—the same patent at issue in the present cases against both Gibraltar as well as Ameristar and Barrier1—and one request for *ex parte* reexamination with the Patent & Trademark Office ("PTO"). All three were unsuccessful. On August 6, 2020, Ameristar filed a third IPR petition regarding the '865 Patent.

7. The U.S. Patent and Trial Appeal Board instituted the IPR on February 5, 2021 on each challenged claim (PTAB's Institution Decision in IPR2020-01369; *see also* Exhibit A to D.I. 53, Case No. 20-341-MN, D.I. 53-1).

8. On February 8, 2021, the Court ordered the parties to file a joint status report in consideration of the PTAB's February 5, 2021 Institution Decision (D.I. 14).

9. In light of the PTAB's Institution Decision, the parties have agreed to stay the current case pending completion of the IPR, through final written decision.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the case will be stayed until IPR2020-01369 is complete, through final written decision.

Dated: February 12, 2021

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Tom Van Arsdel
WINSTEAD, PC
600 Travis Street, Suite 5200
Houston, TX  77002
(713) 650-2728

Jay S. Bowen
Rebekah L. Shulman
SHACKELFORD BOWEN MCKINLEY NORTON, LLP
1 Music Square South, Ste. 300
Nashville, TN  37203
(615) 329-4444

By:  /s/ Philip A. Rovner
Philip A. Rovner (# 3215)
Jonathan A. Choa (#5319)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff Gibraltar Perimeter Security, LP*

WHITE AND WILLIAMS LLP

OF COUNSEL:

Jessica H. Zafonte
(admitted pro hac vice)
745 Fifth Avenue
New York, NY 10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500
JZafonte@haugpartners.com

By:  /s/ Marc S. Casarino
Marc S. Casarino (# 3613)
Courtyard Square
600 N. King Street, Suite 800
Wilmington, DE 19801
(302) 467-4520
casarinom@whiteandwilliams.com

*Attorneys for Defendant RSA Protective Technologies, LLC*

**SO ORDERED** this 12th day of February 2021.

**IT IS FURTHER ORDERED** that: (1) the parties shall provide an update to the Court within 7 days of the final written decision issued in the IPR; and (2) the Motion to Dismiss Counterclaim (D.I. 7) is DENIED with leave to renew, if appropriate, after the IPR.

_____
The Honorable Maryellen Noreika
United States District Judge

3