# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIBRALTAR PERIMETER SECURITY, LP, | ¶ |
| Plaintiff, | |
| | C.A. No.: 1:20-1121-MN |
| v. | |
| RSA PROTECTIVE TECHNOLOGIES, LLC, | |
| Defendant. | |

### RSA PROTECTIVE TECHNOLOGIES, LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY TO GIBRALTAR PERIMETER SECURITY'S MOTION FOR LEAVE TO FILE NON-INFRINGEMENT SUMMARY JUDGMENT MOTION

RSA Protective Technologies, LLC respectfully requests leave to file a brief sur-reply in response to Gibraltar Perimeter Security, LP's ("Gibraltar") reply brief (D.I. 55) in support of its motion for leave to file a motion for summary judgment of non-infringement (D.I. 47). In Gibraltar's reply brief, for the first time, it expands its original request for early summary judgment of infringement to also include infringement under the doctrine of equivalents. (D.I. 55 at 7-8). Also made for the first time in its reply brief is Gibraltar's new argument that prosecution history estoppel prohibits RSA from making any doctrine of equivalents claim with respect to the "retaining media" limitation of U.S. Patent No. 8,215,865. (*Id*. at 8-9). RSA seeks the opportunity to submit a short and concise reply to solely these two points. RSA's proposed sur-reply is included as Exhibit 1.

Dated: August 4, 2021  **WHITE AND WILLIAMS LLP**

/s/ Marc S. Casarino
Marc S. Casarino (DE 3613)
Courtyard Square
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone 302-467-4520
Facsimile 302-467-4550
casarinom@whiteandwilliams.com


-and-

Joseph V. Saphia
JSaphia@haugpartners.com
Laura A. Chubb
LChubb@haugpartners.com
Jessica H. Zafonte
JZafonte@haugpartners.com
(admitted *pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Defendant*
*RSA Protective Technologies, LLC*